UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-00090-MW-GRJ

CLYDE LOWER,

                Plaintiff,

vs.

CAPITAL ONE BANK (USA) N.A.,

                Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, CLYDE LOWER ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, CAPITAL ONE BANK (USA) N.A. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

DATED: July 20, 2018

BY: /s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax (954) 573-2798
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do certify that on this the 20th day of July, 2018, I transmitted PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE via electronic mail and US Mail to the following:

Erin L. Hoffman Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Email: erin.hoffman@FaegreBD.com
ATTORNEYS FOR DEFENDANT

CAPITAL ONE BANK (USA) N.A.
1680 Capital One Drive
Bank of America Center, 16th Floor
McLean, VA 22102-1111

DATED: July 20, 2018

BY: /s/   *Jason S. Weiss*
Jason S. Weiss
jason@jswlawyer.com
Florida Bar No. 356890