IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CLYDE LOWER,**

    **Plaintiff,**

**v.**                                                               **Case No.  1:18cv90-MW/GRJ**

**CAPITAL ONE BANK (USA) N.A.,**

    **Defendant.**
_____/

## ORDER CLOSING FILE

Plaintiff has filed a Notice of Dismissal With Prejudice.  ECF No. 5.  Inasmuch as Defendant has not filed an answer, the Notice of Dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has, however, filed a Motion to Extend the Time to Answer or Otherwise Respond to Plaintiff's Complaint.  ECF No. 6.  Defendant's motion was filed the same day and within a short period of time of Plaintiff's notice of voluntary dismissal.  This Court **denies as moot** the motion to extend time to answer and dismisses this action.

Accordingly, the Clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)."  The Clerk must close the file.

**SO ORDERED on July 20, 2018.**

                                                     **s/Mark E. Walker          \_\_\_\_**
                                                     **United States District Judge**